THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN E. IVEL, Appellant. — Judgment of the Court of Special Sessions of the City of New York, Bor-

ough of Brooklyn, convicting the defendant of the crime of assault in the third degree and sentencing him to pay a fine of twenty-five dollars or, in the alternative, to be imprisoned for five days in the city prison, affirmed. No opinion. Lazansky, P. J., Hagarty, Tompkins and Johnston, JJ., concur; Scudder, J., dissents and votes for reversal and a new trial.